# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 22, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

136141(52)

FREDERICK D. ADAMS, KAREN L. ADAMS,
SARAH JO ADAMS, DAVID J. ADAMS and
SUSAN A. ADAMS,
      Plaintiffs-Appellants,

v

CHARTER TOWNSHIP OF ORION,
      Defendant-Appellee.

SC: 136141
COA: 275376
Oakland CC: 2005-071418-CZ

_____/

On order of the Court, the motion for reconsideration of this Court's June 23, 2008 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 22, 2008

_____
Clerk

d0915